UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 12-47790-399  Chapter 13 |
| MATTHEW T VOGELER | ) | Plan Pmt:     $   305.00/Month |
| SUSAN L VOGELER | ) | Term:          36 Months |
| | ) | |
| Debtors | ) | |

### CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

### CERTIFICATION

  **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and certifies that: he has reviewed Debtors' schedules and plan and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtors have advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtors are substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: October 23, 2012                                        /s/ John V. LaBarge, Jr., Chapter 13 Trustee
CNFORD--SI                                                             John V. LaBarge, Jr., Chapter 13 Trustee
Original Confirmation hearing set for:                P.O. Box 430908
October 17, 2012                                                  St. Louis, MO  63143
                                                                              (314) 781-8100  Fax: (314) 781-8881
                                                                              trust33@ch13stl.com

### ORDER

  It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtors are hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

                                                                              /s/ Barry S. Schermer
**DATED: October 25, 2012**                        **Barry S. Schermer**
**St. Louis, Missouri**                                      **Chief United States Bankruptcy Judge**

Case 12-47790    Doc 16    Filed 10/25/12    Entered 10/25/12 15:52:17    - Order Confirming Chapter 13 Plan    Pg 2 of 2

12-47790-399  CERTIFICATION AND ORDER OF CONFIRMATION FOR  Page 2 of 2
CHAPTER 13 PLAN

Copy mailed to:

MATTHEW T VOGELER
SUSAN L VOGELER
1311 WOODLAWN DRIVE
ROLLA, MO  65401

John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

BUBLITZ & BARO
1113 HOWDERSHELL RD
FLORISSANT, MO  63031