UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 12-47790-399 |
| MATTHEW T VOGELER | ) | |
| SUSAN L VOGELER | ) | Chapter 13 |
| | ) | |
| | ) | |
| **Debtors** | ) | |

**MOTION TO RETURN ANY EXCESS FUNDS TO DEBTOR AND TO TERMINATE ANY PAYROLL DEDUCTION BY EMPLOYER**

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and hereby moves to return any excess funds to the Debtors and to terminate any payroll deduction by Debtors' employer and states to the Court that:

1. The Debtors have paid a total of $10,980.00 to the Trustee for the Chapter 13 plan, and
2. All disbursements have been or will have been made according to the Chapter 13 plan on allowed claims, and
3. The Trustee has funds up to or in excess of the Chapter 13 plan base amount, or funds in excess of the amount necessary to pay in full the claims filed with and allowed by the Court.

**WHEREFORE** the Trustee prays the Court enter its order directing the Trustee to return any excess funds to Debtors and terminating any payroll deduction by employer.

Dated: October 02, 2015                                    /s/ John V. LaBarge, Jr.
                                                                            John V. LaBarge, Jr.
MTNEXF--HCY                                              Standing Chapter 13 Trustee
                                                                            P.O. Box 430908
                                                                            St. Louis, MO  63143
                                                                            (314) 781-8100  Fax: (314) 781-8881
                                                                            trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing motion and notice was served upon the following either through the Court's ECF system or by regular mail this day of October 02, 2015.

                                                                            /s/ John V. LaBarge, Jr.

MATTHEW T VOGELER                             KIMBER H BARO ATTY
1311 WOODLAWN DR                                 1605 N LINDBERGH BLVD
ROLLA, MO  65401                                     FLORISSANT, MO  63031

SUSAN L VOGELER
22110 SW VALLEY RD
PECULIAR, MO  64078